ANNIE ULBERG, Individually and as Administratrix of the Estate of JACOB ULBERG, Deceased, Appellant, v. JOSEPH SANTOS, Defendant, and RICHARD L. RICHARDS, Defendant-Respondent.— Plaintiff sued to recover damages for the wrongful death of her husband, Jacob Ulberg, and for personal injuries sustained by her as the result of a collision between an automobile operated by deceased, in which plaintiff was a passenger, and a semitrailer owned by respondent Richards, which at the time was being hauled over a highway in upper New York State by a tractor owned and operated by defendant Santos. Judgment dismissing the complaint as to respondent at the close of plaintiff's case, insofar as appealed from, unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

## THIRD DEPARTMENT, JANUARY, 1944.

## (January 12, 1944.)

In the Matter of the Claim of GRETCHEN E. SCHNEIDER, Respondent, against ARCHIE BAXTER'S FLYING SERVICE, INC., et al., Appellants, and AGGREGATE TRUST FUND OF THE STATE INSURANCE FUND, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, without costs. [See 266 App. Div. 1037.] Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur.

In the Matter of the Claim of FRANCES M. BACH, Respondent, against HAMPDEN SALES ASSOCIATION, INC., et al., Appellants. TRAVELERS INSURANCE COMPANY et al., Respondents; STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. [See 266 App. Div. 645.] Hill, P. J., Heffernan and Schenck, JJ., concur; Bliss, J., dissents.

WILLIAM E. SMITH et al., as Executors of JAMES W. SMITH, Deceased, Appellants, v. CONTINENTAL BANK AND TRUST COMPANY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals granted, with ten dollars costs. The court certifies the following question: Does the complaint state facts sufficient to constitute a cause of action? [See 266 App. Div. 1040.] Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur.

In the Matter of MOTOR HAULAGE COMPANY, INC., Petitioner, against MILO R. MALTBIE et al., Constituting the Public Service Commission of the State of New York, Respondents.— Motion for stay denied. Application therefor should be made to the court wherein the appeal is now pending. [See 266 App. Div. 1040.] Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur.

ARTHUR E. LIFFITON, JR., as Successor Trustee of a Trust Created under the Will of Anna C. Halpen, Deceased, Respondent, v. NATIONAL SAVINGS BANK OF THE CITY OF ALBANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied with ten dollars costs. [See *ante*, p. 32.] Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur.